

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of Q.P.O.

No. 06-20-00010-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 17JV0007-CCL). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the transfer order of the court below. We affirm the trial court's transfer order.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 18, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk